1  SILVANO B. MARCHESI (SBN 42965)
   County Counsel
2  JANET L. HOLMES (SBN 107639)
   Deputy County Counsel
3  COUNTY OF CONTRA COSTA
   651 Pine Street, 9th Floor
4  Martinez, California 94553
   (925) 335-1800
5  (925) 335-1866 (facsimile)
   Attorneys for Defendants
6  CONTRA COSTA COUNTY,
   CONTRA COSTA COUNTY
7  SHERIFF'S DEPARTMENT,
   SHERIFF WARREN E. RUPF
8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12  CHRISTOPHER T. CLARKE,              No. C 02 - 0723 MEJ (ADR)

13          Plaintiff,                  STIPULATION AND ORDER
                                        DISMISSING COMPLAINT WITH
14  v.                                  PREJUDICE.

15  CONTRA COSTA COUNTY, et al.,
                                        ORDER FOR CLERK OF COURT TO
16          Defendants.                 CLOSE THE FILE.

17          Pursuant to Federal Rule of Civil Procedure 41(a)(1), and by stipulation of all parties to
18  this action, including plaintiff CHRISTOPHER T. CLARKE and CONTRA COSTA
19  COUNTY, CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT,
20  SHERIFF WARREN E. RUPF,  by and through their counsel, Janet L. Holmes, and Trudy
21  Martin,
22  //
23  //
24  //
25
26
27
28

STIPULATION AND ORDER DISMISSING COMPLAINT  C 02 - 0723 MEJ (ADR)

1

1

2        IT IS HEREBY AGREED AND STIPULATED:

3        Plaintiff dismisses his  Complaint in this action, with prejudice, and all parties will bear

4    their own costs and fees .

5

6     DATED:  June 28, 2005                              SILVANO B. MARCHESI,
                                                         COUNTY COUNSEL
7

8

9                                                        By:_____/s/_____
                                                             JANET L. HOLMES
10                                                           Deputy County Counsel
                                                             Attorneys for Defendants
11                                                           CONTRA COSTA COUNTY,
                                                             CONTRA COSTA COUNTY
12                                                           SHERIFF'S DEPARTMENT,
                                                             SHERIFF WARREN E. RUPF
13

14

15   DATED:        _____, 2005             LAW OFFICES OF TRUDY MARTIN

16

17                                                      By: _____/s/_____
                                                             TRUDY L. MARTIN
18                                                           Attorney for Plaintiff
                                                             CHRISTOPHER CLARKE
19

20

21                                          ORDER

22        IT IS SO ORDERED.  This matter shall be, and is, DISMISSED with prejudice.

23    The Clerk of Court is hereby ORDERED to
      close the file.
24                                           HON                              MES

25

26   DATED: June 29, 2005
27                                           MARI
                                             United                          dge
28

STIPULATION AND ORDER DISMISSING COMPLAINT  C 02 - 0723 MEJ (ADR)